**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| MARICEL FORTEZA,<br><br>　　　　　Plaintiff,<br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO<br>　　　　　Defendants. | Case No. 4:23-CV-00401-ALM-KPJ<br><br>**JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

　　Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.


　　RESPECTFULLY SUBMITTED AND DATED this December 20, 2023.

　　　　　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　　　　　Andrew Roman Perrong (E.D. Tex. # 333687PA)
　　　　　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　　　　　a@perronglaw.com


　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*