IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **MARICEL FORTEZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-401-ALM-KPJ |
| | § | |
| **PELICAN INVESTMENT HOLDINGS** | § | |
| **GROUP, LLC d/b/a AAP and AUTO** | § | |
| **SERVICE DEPARTMENT,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On September 26, 2023, Defendant Sing for Service LLC d/b/a Mepco ("Mepco") filed the Motion to Dismiss Plaintiff's Amended Complaint Against Mepco and Brief in Support (the "Motion to Dismiss") (Dkt. 27). *See* Dkt. 27. To date, Plaintiff Maricel Forteza ("Plaintiff") has not filed a response.

The Motion to Dismiss (Dkt. 27) includes a certificate of service, which states:

> On September26, [sic] 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern [sic] District of Texas and electronically mailed this document to all parties by a manner authorized by Federal Rules [sic] of Civil Procedure 5(b).

Dkt. 27 at 21. Under Rule 5 of the Federal Rules of Civil Procedure, a "written motion" must be "served on every party." FED. R. CIV. P. 5(a)(1)(D). Service may be accomplished by "sending it to a registered user by filing it with the court's electronic-filing system or sending it by other electronic means that the person consented to in writing." FED. R. CIV. P. 5(b)(2)(E). Under Local Rule CV-5, *pro se* litigants cannot register for the Electronic Filing System ("ECF") without first obtaining "court permission." *See* LOC. R. CV-5(a)(2)(B). The Court has not granted Plaintiff permission to register for ECF; nor does the Court have any record of Plaintiff consenting to

1

receive electronic service by other means, such as electronic mail ("e-mail"). Thus, the Court is not satisfied that it may rule on the Motion to Dismiss (Dkt. 27). *See* LOC. R. CV-7(e) ("A party opposing a motion has fourteen days . . . from the date the motion was *served* in which to file a response and any supporting documents, after which the court will consider the submitted motion for decision." (emphasis added)).

**IT IS THEREFORE ORDERED** that Mepco has (7) days from the receipt of this Order to file a status report explaining how it served Plaintiff and, if by e-mail (as represented), whether Plaintiff has consented in writing to receive such service. If service was improperly executed, Mepco shall re-execute service on Plaintiff and, in the status report, indicate when and how such service was accomplished.

**So ORDERED and SIGNED this 21st day of December, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE