

---

**From:** Maricel Forteza <ashraforteza@yahoo.com>
**Sent:** Tuesday, May 16, 2023 9:39 PM
**To:** Jason Weiss <jason@jswlawyer.com>
**Subject:** Re: New Complaint

I prefer email for service. Thank you for asking.

[Settlement communications redacted]

Sincerely,
Maricel
On Tuesday, May 16, 2023 at 05:10:13 PM CDT, Jason Weiss <jason@jswlawyer.com> wrote:

Thank you. Would you prefer service via email or US Mail?

[Settlement communications redacted]



Jason S. Weiss, Esq.

Weiss Law Group, P.A.