**DEFENDANT'S EXHIBIT D**

| | |
|---|---|
| **From:** | Abigail Tubbs |
| **Sent:** | Wednesday, September 27, 2023 2:50 PM |
| **To:** | 'mforteza@protonmail.com' |
| **Cc:** | William Reid |
| **Subject:** | Forteza v. Pelican Investment Holdings, et al 4:23-CV-00401-ALM-KPJ) |
| **Attachments:** | [Doc 27] 2023-09-26 Def MEPCO's Motion to Dismiss Plt's Complaint.pdf; [Doc 27-1] 2023-09-26 PROP Order Granting MEPCO's MTD.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'mforteza@protonmail.com' | |
| | William Reid | Delivered: 9/27/2023 2:50 PM |

Maricel Forteza:

Please find the attached Defendant Mepco's Motion to Dismiss and proposed Order filed on September 26, 2023.

Respectfully

**Abigail M. Tubbs**
Paralegal to William E. Reid
214-618-1400
atubbs@reiddennis.com

**Reid Dennis & Frick, P.C**.
2600 Dallas Parkway, Ste 380
Frisco, Texas 75034



*A Professional Corporation/Attorneys and Counselors at Law*

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | "mforteza@protonmail.com" |
| **Subject:** | Relayed: Forteza v. Vehicle Service Department et al (3:23-cv-00874-L-BH) |
| **Date:** | Wednesday, September 27, 2023 2:43:59 PM |
| **Attachments:** | Forteza v. Vehicle Service Department et al (323-cv-00874-L-BH).msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

'mforteza@protonmail.com' (mforteza@protonmail.com)

Subject: Forteza v. Vehicle Service Department et al (3:23-cv-00874-L-BH)