IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARICEL FORTEZA,<br><br>              Plaintiff,<br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO<br>              Defendants. | Case No. 4:23-CV-00401-ALM-KPJ<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff respectfully requests that she be provided up to and including January 10, 2024, to respond or otherwise address Defendant Sing for Service, LLC DBA MEPCO's Motion to Dismiss. Plaintiff just recently retained counsel and counsel requires the additional time to evaluate the matter and determine the best action in the interest of his client moving forward, which may involve seeking leave to file an amended complaint in this matter.

Plaintiff has conferred with Counsel for the Defendants, who do not oppose the requested relief.

Dated: **December 27, 2023**

_____/s/_____
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1

## CERTIFICATE OF SERVICE

Counsel for Plaintiff certifies that on December 27, 2023, he filed the foregoing on the Court's CM/ECF system, which will send electronic notification to all counsel of record.

Dated: **December 27, 2023**

_____/s/_____
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff certifies that on December 26, 2023, he met and conferred with counsel for the Defendants as required by Local Rule CV-7(h). The motion is unopposed.

Dated: **December 27, 2023**

_____/s/_____
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARICEL FORTEZA,<br><br>Plaintiff,<br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO<br><br>Defendants. | Case No. 4:23-CV-00401-ALM-KPJ<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME**

**THIS CAUSE** came before the Court upon Plaintiff's Unopposed Motion for Extension of Time (the "Motion")**,** and the Court being duly advised in the premises does hereby **FIND, ORDER AND ADJUDGE:**

1. The Plaintiff shall have until January 10, 2024 to respond to Defendant Sing for Service, LLC DBA MEPCO's Motion to Dismiss, either directly or by filing of an Amended Complaint in this action.

2. In the event Plaintiff desires, the Court expressly grants leave to file an Amended Complaint in this action on or including January 10, 2024.