**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| MARICEL FORTEZA,<br><br>                    Plaintiff,<br>   v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO<br>                    Defendants. | Case No. 4:23-CV-00401-ALM-KPJ<br><br><br>**JURY TRIAL DEMANDED** |

**PRAECIPE TO ISSUE SUMMONS**

  Plaintiff respectfully requests that the Court issue a Summons directed to US Dealer Services, Inc. in the above-captioned matter.

Dated: **December 27, 2023**

_____/s/_____
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com
