# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**MARICEL FORTEZA**

*Plaintiff*

v.

**PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SIN FOR SERVICE, LLC DBA MEPCO**

*Defendant*

Civil Action No.
4:23-CV-00401-ALM-KPJ

## AFFIDAVIT OF SERVICE

I, Maurice Robinson, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on January 5, 2024, at 10:30 am. I delivered these documents to US Dealer Services, Inc. in Sacramento County, CA on January 9, 2024 at 1:23 pm at 7777 Greenback Ln, suite 107, Citrus Heights, CA 95610 by leaving the following documents with Paul Cass who as Attorney is authorized by appointment or by law to receive service of process for US Dealer Services, Inc.

Summons
Plaintiff's Amended Complaint and Exhibits

White Male, est. age 55-64, glasses: N, White hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.6790703,-121.2775285
Photograph: See Exhibit 1

My name is Maurice Robinson, my date of birth is 2/26/1974, and my address is P.O Box 277084, Sacramento, CA 95827, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in
___[county]_____,
___[state]___ on ___[date]_____.

/s/ [signature] [signature]
_____
Maurice Robinson
+1 (510) 779-7203
Certification Number: 110394
Expiration Date: 8/30/2025

