UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **MARICEL FORTEZA,**<br>*Plaintiff,*<br><br>vs.<br><br>**PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO,**<br>*Defendants* | **CASE NO: 4:23-CV-00401-ALM-KPJ** |

## NOTICE OF SELECTION OF AGREED MEDIATOR

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

In accordance with the Court's Scheduling Order [Dkt 30], Plaintiff Maricel Forteza and Defendants Pelican Investment Holdings Group, LLC d/b/a AAP and Auto Service Department, Palmer Administrative Services, Inc. Sing for Service, LLC dba MEPCO advise the Court they have selected an agreed mediator.

Plaintiff and Defendants collectively advise they have selected the following to serve as mediator in this matter:

> Hon. David E. Jones (Ret)
> Resolute Systems, LLC
> 1661 N. Water Street, Ste 501
> Milwaukee, WI 53202 and
> (414)276-4774

Date: April 30, 2024.

Respectfully submitted,

*/s/ Andrew Roman Perrong(w/permission)*

_____
Andrew Roman Perrong (E.D. Tex. # 333687PA)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
a@perronglaw.com

**ATTORNEY FOR PLAINTIFF**


*s/ Jason S. Weiss (w/permission)*

_____
Jason S. Weiss
WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
*jason@jswlawyer.com*
Phone: 954.573.2800

**ATTORNEYS FOR DEFENDANTS**
Pelican Investment Holdings Group, LLC DBA AAP and Auto Service Department and Palmer Administrative Services, Inc


*/s/ William E. Reid*

_____
WILLIAM E. REID
State Bar No. 16748500
*wreid@reiddennis.com*
**REID DENNIS & FRICK, P.C.**
2600 Dallas Parkway, Suite 380
Dallas, Texas 75034
Tel:     (214) 618-1400

**ATTORNEYS FOR DEFENDANT
SING FOR SERVICE, LLC DBA MEPCO**