# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MARICEL FORTEZA,<br><br>    Plaintiff,<br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO<br>    Defendants. | Case No. 4:23-CV-00401-ALM-KPJ<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PARTIAL SETTLEMENT

The Plaintiff, Maricel Forteza, by and through the undersigned counsel, wishes to notify the Court that she has reached an agreement in principle to resolve her claims against the following Defendants in this litigation. As a result of this settlement, Defendant US Dealer Services, Inc. d/b/a US Auto is the only remaining Defendant, who remains in default. The Plaintiff intends to seek entry of default and move for a default judgment against this Defendant.

The agreement in principle extends to the Plaintiff's claims against the following Defendants:

- Pelican Investment Holdings Group, LLC D/B/A AAP;
- Auto Service Department;
- Palmer Administrative Services, Inc.; and
- Sing For Service, LLC D/B/A MEPCO

The settlement should be finalized within sixty (60) days, at which point the aforementioned Defendants and Plaintiff will stipulate to dismiss the suit with prejudice.

Dated: **June 3, 2024**

                                  */s/ Andrew Roman Perrong*
                                  Andrew Roman Perrong (E.D. Tex. # 333687)
                                  Perrong Law LLC
                                  2657 Mount Carmel Avenue
                                  Glenside, Pennsylvania 19038
                                  Phone: 215-225-5529 (CALL-LAW)
                                  Facsimile: 888-329-0305
                                  a@perronglaw.com

## CERTIFICATE OF SERVICE

        Counsel for Plaintiff certifies that on June 3, 2024, he filed the foregoing on the Court's CM/ECF system, which will send electronic notification to all counsel of record.

Dated: **June 3, 2024**

                                  */s/ Andrew Roman Perrong*
                                  Andrew Roman Perrong (E.D. Tex. # 333687)
                                  Perrong Law LLC
                                  2657 Mount Carmel Avenue
                                  Glenside, Pennsylvania 19038
                                  Phone: 215-225-5529 (CALL-LAW)
                                  Facsimile: 888-329-0305
                                  a@perronglaw.com