**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **MARICEL FORTEZA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-401-ALM-KPJ |
| § | |
| **PELICAN INVESTMENT HOLDINGS** § | |
| **GROUP, LLC d/b/a AAP and AUTO** § | |
| **SERVICE DEPARTMENT,** *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

On June 3, 2024, Plaintiff Maricel Forteza ("Plaintiff") filed a notice of settlement (the "Notice of Settlement") (Dkt. 50), wherein Plaintiff represents that she has reached a "agreement in principle to resolve her claims" against Defendants Pelican Investment Holdings Group, LLC d/b/a AAP and Auto Service Department, Palmer Administrative Services, Inc., and Sing for Service, LLC d/b/a MEPCO (collectively, "Defendants"). *See* Dkt. 50 at 1. According to Plaintiff, with this settlement, only Defendant US Dealer Services, Inc. d/b/a US Auto ("US Auto")—which is currently in default—will remain in this litigation. *See id.* Thus, Plaintiff represents that she "intends to seek entry of default and move for a default judgment against [US Auto]." *Id.* Plaintiff further represents that the "settlement should be finalized within sixty (60) days, at which point . . . Defendants and Plaintiff will stipulate to dismiss the suit with prejudice." *Id.*

Upon consideration, **IT IS ORDERED** that the parties shall submit to the Court all papers necessary for the resolution of the claims between them no later than **August 2, 2024**. If such papers are not received by the Court by the scheduled deadline, and if the parties have not requested an extension of the deadline, the Court may order the parties to appear at a hearing for the purpose

of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**IT IS FURTHER ORDERED** that all deadlines and hearings set by the Scheduling Order (Dkt. 30) are hereby **VACATED**.

**So ORDERED and SIGNED this 4th day of June, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE