# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MARICEL FORTEZA,<br><br>                      Plaintiff,<br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO<br>                      Defendants. | Case No. 4:23-CV-00401-ALM-KPJ<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION OF DISMISSAL**

The Plaintiff, Maricel Forteza, by and through the undersigned counsel, and the below-listed Defendants, by and through their undersigned counsel, stipulate to dismissal of this action against them, with prejudice, with the respective parties to bear their own fees and costs. This Stipulation applies to the below-listed Defendants:

- Pelican Investment Holdings Group, LLC D/B/A AAP;
- Auto Service Department;
- Palmer Administrative Services, Inc.; and
- Sing For Service, LLC D/B/A MEPCO

Dated: **August 6, 2024**

                              */s/ Andrew Roman Perrong*
                              Andrew Roman Perrong (E.D. Tex. # 333687)
                              Perrong Law LLC
                              2657 Mount Carmel Avenue
                              Glenside, Pennsylvania 19038
                              Phone: 215-225-5529 (CALL-LAW)
                              Facsimile: 888-329-0305
                              a@perronglaw.com

*s/ Jason S. Weiss*
_____
Jason S. Weiss
WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Fla. Bar No. 356890
*jason@jswlawyer.com*
Phone: 954.573.2800

Walker Steven Young
SCHEEF & STONE, LLP
Texas Bar No. 24102676
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 Telephone
walker.young@solidcounsel.com

**ATTORNEYS FOR DEFENDANTS**
Pelican Investment Holdings Group, LLC DBA AAP and Auto Service Department and Palmer Administrative Services, Inc


**REID DENNIS & FRICK, P.C.**

*/s/ William E. Reid*
_____
WILLIAM E. REID
State Bar No. 16748500
*wreid@reiddennis.com*
2600 Dallas Parkway, Suite 380
Dallas, Texas 75034
Tel:    (214) 618-1400
Fax:    (214) 618-1653

**ATTORNEYS FOR DEFENDANT
SING FOR SERVICE, LLC DBA MEPCO**

2