IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARICEL FORTEZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-401-ALM-KPJ |
| | § | |
| PELICAN INVESTMENT HOLDINGS | § | |
| GROUP, LLC d/b/a AAP and AUTO | § | |
| SERVICE DEPARTMENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On September 26, 2023, Defendant Sing for Service, LLC d/b/a MEPCO ("MEPCO") filed the Motion to Dismiss Plaintiff's Amended Complaint Against MEPCO and Brief in Support (the "Motion to Dismiss") (Dkt. 27). *See* Dkt. 27. On June 3, 2024, Plaintiff Maricel Forteza ("Plaintiff") filed a notice of settlement (the "Notice of Settlement") (Dkt. 50) representing that she reached a settlement with MEPCO, as well as Defendants Pelican Investment Holdings Group, LLC d/b/a AAP and Auto Service Department ("AAP") and Palmer Administrative Services, Inc. ("Palmer"). *See* Dkt. 50 at 1.

On June 4, 2024, the Court ordered the parties to "submit to the Court all papers necessary for the resolution of the claims between them." Dkt. 51 at 1. On August 6, 2024, Plaintiff filed the Stipulation of Dismissal (Dkt. 52), wherein she dismissed with prejudice all claims asserted against MEPCO. *See* Dkt. 52.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (Dkt. 27) is **DENIED AS MOOT**.

So ORDERED and SIGNED this 6th day of August, 2024.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE