UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Maricel Forteza

v.                                            Civil  No. _4:23-cv-401_____

Auto Service Department et al


CLERK'S ENTRY OF DEFAULT


On this ___29th___ day of _____April_____, 20 _25_, it appearing from the affidavit(s)

in support of default of _____Andrew Roman Perrong_____, attorney for plaintiff, that each of the

defendants named below has failed to plead or otherwise defend herein as provided by the Federal

Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

US Dealer Services Inc




DAVID A. O'Toole, CLERK



By: _____
        Deputy Clerk

p:\DFLT.ord