UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MARICEL FORTEZA,

V.

PELICAN INVESTMENT HOLDINGS GROUP, LLC
et al.

Civil No. 4:23-CV-00401-ALM-BD

DEFAULT JUDGMENT

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against defendant(s): US Dealer Services, Inc., d/b/a US Auto

based on the following:

1. Plaintiff(s) has/have certified to personal jurisdiction and service of process and that the defendant(s) is/are not an infant, incompetent person, in active military service of the United States of America or its officers or agents.

2. Defendant(s) has/have not appeared in this action.

3. The clerk's default of the defendant(s) was entered on 05/02/2025.

4. The amount claimed is a sum certain in the amount of $57,000.00.

Accordingly, judgment is hereby entered in favor of the plaintiff(s) in the amount of $ $57,000.00, plus costs.

Date: _____          DAVID A. O'Toole, CLERK By:

                                      _____
                                      Deputy Clerk

p:\dfltjgm