# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| MARICEL FORTEZA,<br><br>                    Plaintiff,<br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO<br>                    Defendants. | Case No. 4:23-CV-00401-ALM-BD<br><br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT IN SUPPORT OF CLERK'S DEFAULT JUDGMENT PURSUANT TO FRCP 55(b)(1)

1. I, Andrew R. Perrong, declare under penalty of perjury:

2. I make this declaration in support of Plaintiff's Motion for Clerk's Default Judgment Pursuant to Rule 55(b)(1). Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

3. I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and the State of Oregon and this Court, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge.

4. On May 25, 2023, the Plaintiff filed her Amended Complaint naming the Defaulting Defendant, US Dealer Services, Inc. d/b/a US Auto. (ECF No. 11).

5. In her Prayer for Relief, the Plaintiff requested an award for a sum certain of "$3,000 per call in statutory damages arising from the TCPA intentional violations jointly and severally against the corporation and individual for 6 calls," "[a]n award of $5,000 per call in

statutory damages arising from violations of the Texas Business and Commerce Code 302.101(a) jointly and severally against the corporations and individual for 6 calls," and "[a]n award of $1,500 per call in damages arising from violations of the Texas Business and Commerce Code 305.053 jointly and severally against the corporations and individual for 6 calls." (Am. Compl. ¶ D., E. F.).

6. Thus, the Plaintiff has sought a sum certain and respectfully requests that the Court enter an order directing the Clerk enter default judgment for the sum certain demanded in the complaint, of $57,000, plus costs.

7. All other requirements for entry of a default judgment have been met, the Clerk having entered and certified default

PURSUANT TO 28 U.S.C. § 1746, I DECLARE SIGNED UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED THIS 8^(TH) DAY OF MAY 2025 IN THE COMMONWEALTH OF PENNSYLVANIA.

_____
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com