**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| MARICEL FORTEZA,<br><br>    Plaintiff,<br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC DBA AAP AND AUTO SERVICE DEPARTMENT, US DEALER SERVICES, INC. DBA US AUTO, PALMER ADMINISTRATIVE SERVICES, INC., SING FOR SERVICE, LLC DBA MEPCO<br>    Defendants. | Case No. 4:23-CV-00401-ALM-BD<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Maricel Forteza, and respectfully voluntarily dismisses this action, without prejudice, as to the only remaining Defendant, US Dealer Services, Inc., d/b/a US Auto, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this January 18, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

  I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: January 18, 2026

                */s/ Andrew Roman Perrong*
                Andrew Roman Perrong